UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

JACQUELINE CARSWELL NORRIS                                              CASE NO. **13-06665-BKC-3F7**

_____Debtor(s)._____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2004 Toyota Camry Sedan LE, VIN 4T1BE32K44U907371 for the total sum of $3,000.00, to be paid in twelve monthly installments of $250.00 per month to the trustee, commencing March 1, 2014. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated February 12, 2014.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on February 12, 2014.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**JACQUELINE CARSWELL NORRIS**          CASE NO. **13-06665-BKC-3F7**

       **Debtor(s).**

**CERTIFICATE OF SERVICE OF TRUSTEE'S
NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify, under penalty of perjury, that on February 12, 2014, a copy of Trustee's Notice of Intent to Sell at Private Sale was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

```
Label Matrix for local noticing        CitiMortgage, Inc.                    Florida Dept of Revenue
113A-3                                 Brock and Scott, PLLC                 P.O. Box 6668
Case 3:13-bk-06665-JAF                 c/o Lindsey A. Savastano, Esq.        Tallahassee, FL 32314-6668
Middle District of Florida             1501 NW 49th Street, Suite 200
Jacksonville                           Fort Lauderdale, FL 33309-3723
Wed Feb 12 11:05:54 EST 2014

IRS                                    Jacqueline Carswell Norris            BellSouth Telecommunications, Inc.
Centralized Insolvency Operations      10219 Haverford Rd.                   % AT&T Services, Inc
P.O. Box 7346                          Jacksonville, FL 32218-5213           Karen Cavagnaro, Paralegal
Philadelphia, PA 19101-7346                                                  One AT&T Way, Room 3A104
                                                                             Bedminster, NJ 07921-2693


Alvin E. Hayden, Esquire               Cavalry SPV I, LLC                    (p)CITIBANK
Hayden & McCranie PL                   500 Summit Lake Drive, Ste 400        PO BOX 790034
5482-3 Dupont Station CourtE           Valhalla, NY 10595-1340               ST LOUIS MO 63179-0034
Jacksonville, FL 32217-2567


Citimortgage Inc                       City Ntl Bk/Ocwen Loan Ser            Collecto Us Asset Managemnt, Inc.
Post Office Box 79022                  Attn: Bankruptcy                      c o Jefferson Capital Systems LLC
322                                    Post Office Box 24738                 Po Box 7999
Saint Louis, MO 63179                  West Palm Beach, FL 33416-4738        Saint Cloud Mn 56302-7999


Duval County Tax Collector             (p)EOS CCA                            Ffcc-columbus Inc
231 Forsyth St. #130                   300 CANAL VIEW BLUE                   1550 Old Henderson Rd St
Jacksonville FL 32202-3380             SUITE 130                             Columbus, OH 43220-3626
                                       ROCHESTER NY 14623-2811


Florida Dept. of Revenue               Household Finance Corp., III          Ic Systems Inc
Bankruptcy Unit                        233 East Bay Street                   Post Office Box 64378
P.O. Box 6668                          Suite 720                             Saint Paul, MN 55164-0378
Tallahassee, FL 32314-6668             Jacksonville, FL 32202-3448


Ic Systems Inc                         Lawrence C. Rolfe, Esq.               Merchants Assoc Cool D
Post Office Box 64378                  P.O. Box 4400                         134 S Tampa St
St. Paul, MN 55164-0378                Jacksonville, FL 32201-4400           Tampa, FL 33602-5396


Midland Funding                        Rolfe & Lobello PA                    United States Trustee
8875 Aero Dr Ste 200                   PO Box 4400                           135 W Central Blvd, Suite 620
San Diego, CA 92123-2255               Jacksonville, FL 32201-4400           Orlando, FL 32801-2476


Gregory K. Crews +                     United States Trustee - JAX 13/7 +    Lindsey A Savastano +
684 Arlington Expressway               Office of the United States Trustee   Brock & Scott, PLLC
Jacksonville, FL 32211-8003            George C Young Federal Building       1501 NW 49th Street, Ste 200
                                       400 West Washington Street, Suite 1100 Fort Lauderdale, FL 33309-3723
                                       Orlando, FL 32801-2217


Alison N Emery +
Emery, Kast & Walker
1431 Hendricks Ave
Jacksonville, FL 32207-5313
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

tibank  
tn: Centralized Bankruptcy  
st Office Box 20363  
nsas City, MO 64195

Eos Cca  
19 Prince St  
Rochester, NY 14607

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Gregory K. Crews +  
84 Arlington Expressway  
cksonville, FL 32211-8003

End of Label Matrix  
Mailable recipients   27  
Bypassed recipients    1  
Total                 28